FILED05 DEC '13 0740USDC-ORP

# UNDER SEAL

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:13-cr-00576-BR |
| v. | INDICTMENT |
| ASHLEY NICOLE HOWE, | 21 U.S.C. §§ 841(a)(1), 853 |
| | 18 U.S.C. § 924(c), (d) |
| Defendant. | 28 U.S.C. § 2461(c) |
| | *UNDER SEAL* |

### THE GRAND JURY CHARGES:

#### COUNT 1:
#### Possession with Intent to Distribute Methamphetamine

On or about March 8, 2013, in the District of Oregon, defendant **ASHLEY NICOLE HOWE** did knowingly and intentionally possess with the intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, section 841(a)(1).

#### COUNT 2:
#### Possession of a Firearm in Furtherance
#### of a Drug Trafficking Crime

On or about March 8, 2013, in the District of Oregon, defendant **ASHLEY NICOLE HOWE** did knowingly possess a firearm: a Bryco 9mm semi-automatic pistol, Model 59, Serial Number 890796, in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, to wit: possession with intent to distribute methamphetamine (as alleged in Count 1), all in violation of Title 18, United States Code, Section 924(c).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this indictment, **ASHLEY NICOLE HOWE**, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation.

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 2 of this indictment, **ASHLEY NICOLE HOWE**, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the following firearm and all associated ammunition involved in the offense, including without limitation: a Bryco 9mm semi-automatic pistol, Model 59, Serial Number 890796.

DATED this 4th day of December 2013.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

*/s/ Stacie F. Beckerman*
STACIE F. BECKERMAN, OSB #062397
Assistant United States Attorney

Page 2 - INDICTMENT, *U.S. v. Ashley Nicole Howe*